# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 07-046V
### (Not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * *
                                    *

DIANE DAVIS and              *
ANDREW DAVIS,             *
as parents of J.D., a minor,     *
                                    *

           Petitioners,        *
                                    *       Filed:  May 27, 2015
           v.                   *
                                    *       Decision on Attorneys'
SECRETARY OF HEALTH AND    *       Fees and Costs
HUMAN SERVICES           *
                                    *
           Respondent.       *
                                    *
* * * * * * * * * * * * * * * * * * * * * * * * *

### DECISION (ATTORNEYS' FEES AND COSTS)

In this case under the National Vaccine Injury Compensation Program,[1] I issued a Decision on April 20, 2015.  On May 22, 2015, the parties filed a Stipulation Regarding Final Attorneys' Fees and Costs in this matter.[2]  The parties' stipulation requests a total payment of $5,407.37, representing attorneys' fees and costs of $5,157.37, and $250.00 of costs expended by Petitioners.

I find that this Petition was filed and pursued in good faith and with a reasonable basis. Thus, an award for fees and costs is appropriate at this time, pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1).  Further, the proposed amounts seem reasonable and appropriate. Accordingly, I hereby award the following attorneys' fees and costs pursuant to 42 U.S.C. § 300aa-15(b) and (e)(1):

---

[1] The applicable statutory provisions defining the program are found at 42 U.S.C. § 300aa-10 *et seq.* (2006).

[2] I note that the parties' Stipulation includes a discussion of respondent's statutory objection to "interim fees" in general. (see footnote 1.) Since this Decision does not involve "interim fees," there is no need to discuss that issue.

- a lump sum of $5,157.37, in the form of a check payable jointly to petitioners and petitioners' counsel, Patricia Finn, on account of services performed by counsel's law firm.

- a lump sum of $250.00, in the form of a check payable to petitioners, which represents petitioners' own litigation expenses in this case.

In the absence of a timely-filed motion for review filed pursuant to Appendix B of the Rules of the U.S. Court of Federal Claims, the clerk of the court shall enter judgment in accordance herewith.[3]

**IT IS SO ORDERED**

/s/ George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[3] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing the right to seek review.